## RUNNING AN AUTOMOBILE AT UNLAWFUL SPEED.

Circuit Court of Hamilton County.

### A. B. FISHWICK v. THE STATE OF OHIO.*

Decided, August 1, 1911.

Sections 12603 and 12604, General Code, providing a penalty for operating automobiles at a speed of more than eight miles an hour within the built up portions of a municipality or fifteen miles an hour in other portions or twenty miles an hour outside of the municipality, are constitutional; and a fine imposed upon one who struck and injured a human being while operating an automobile at unlawful speed will be sustained.

[For a full statement of this case see opinion of the trial court, *State of Ohio* v. *Fishwick*, 7 O. L. R., 392.]

*Thomas H. Darby,* for plaintiff in error.
*C. H. Urban* and *W. C. Lambert,* contra.

SMITH, P. J.; SWING, J., and JONES, J., concur.

As the court is of the opinion that Sections 12603 and 12604, General Code, are constitutional it would seem that the judgment of the court below is correct.

The case we think is fully within the rule laid down in *Johnson* v. *State*, 66 O. S., 59.

Judgment affirmed.

---

* Affirming *State of Ohio* v. *Fishwick*, 7 O. L. R., 392.